```
APPL NBR 28909                    CRST MALONE, INC.
PROGRAM PY716C                    601 VESTAVIA PKWY  STE 200
                                  VESTAVIA,   AL 35216
                                       STATEMENT


0-881J  MURPHY, ANTWON                    DIV: 3760
O       135 REID AVE
        TUSCUMBIA       AL  35674


******************************************************


TS: 79231574    FROM: NORDIC FIBE                TLDB RE
                      WARREN        MN  06/05/19
FB:             TO: BORDER STATE                       W
                    DENVER         CO  06/07/19


LOAD #: 79231574    LOAD DRIVER: IM25  ANTWON T. MURPHY
TRACTOR: W005TM   TRAILER: FN300T   T/L#:               C
                                         EARNINGS   DE


     EARNINGS:
      TRUCK PAY                          $1,461.75

     LOAD RELATED REIMBURSEMENTS:
      FUEL SURCHARGE                      $350.00

     LOAD RELATED DEDUCTIONS:
      LEASE SALES TAX  LEASE SALES TAX
      ADVANCES 06/04/19 $ 440084443  06/04
      WIRE CHARGE
      WIRE CHARGE       SA
      MAINT ACCT/MG     1441.0 MI @ $0.150
                                         --------------
     LOAD INCOME:                        $1,811.75


******************************************************

     NON-LOAD RELATED ACTIVITY:
      TRLR REN 06/09/19 FN300T
      S ADV    06/07/19 $ 470093939  06/07

     RECURRING DEDUCTIONS:
      TRUE N DEP
```

```
APPL NBR 28909                        CRST MALONE, INC.
PROGRAM PY716C                        601 VESTAVIA PKWY  STE 200
                                      VESTAVIA,  AL 35216
                                            STATEMENT


0-881J  MURPHY, ANTWON                    DIV: 3760
O       135 REID AVE
        TUSCUMBIA       AL  35674


****************************************************************

    LOAD RELATED DEDUCTIONS:
****************************************************************

      TOTAL          TOTAL               TOTAL         TO
     EARNINGS     REIMBURSMENTS        DEDUCTIONS      IN
    $1,811.75        $.00             $2,164.88        $
****************************************************************
```

APPL NBR 28909
PROGRAM PY716C

CRST MALONE, INC.
601 VESTAVIA PKWY   STE 200
VESTAVIA,   AL 35216
STATEMENT

0-881J  MURPHY, ANTWON                    DIV: 3760
O       135 REID AVE
        TUSCUMBIA        AL   35674

*********************************************************

    COMPANY SERVICE:

*********************************************************

    COMPLETED LOADS TO BE PROCESSED

*********************************************************

APPL NBR 28909                    CRST MALONE, INC.
PROGRAM PY716C                   601 VESTAVIA PKWY  STE 200
                                 VESTAVIA,    AL  35216
                                      STATEMENT

0-881J  MURPHY, ANTWON                    DIV: 3760
O       135 REID AVE
        TUSCUMBIA        AL   35674

************************************************************

                   ACCOUNT BALANCE YEAR TO DATE
          (DEDUCTION)      (BEGINNING)        (AMOUNT)      (RE
  TYPE  DESCRIPTION          TOTAL            PAID IN        F
  AH    DEFICIT AMT      $1,302.96        $1,000.00
  BD    BOND             $2,000.00          $125.00        $
  BT    BOBTAIL INS.       $330.00          $150.00
  EP    EQUIP PAYMENT      $465.18          $465.18
  ID    FB EQUIP INS         $.00           $100.00
  LE    LIC/PERMIT  LE   $2,271.32          $120.00        $
  LI    LIC/PERMIT  LI     $641.67          $641.67
  MG    MAINT ACCT/MG        $.00         $4,651.95        $
  NY    BALLOON AMT      $5,022.00            $.00         $
  NZ    LEASE PAYMENT   $46,215.00        $5,135.00        $4
  PP    PASS. AUTH.        $10.00           $10.00
  QG    QUAL NET CHG         $.00           $124.50
  RU    ROAD USE TAX         $.00           $158.70
  S6    SATELLITE DED        $.00           $104.10
  UE    TRUE N PREM      $1,788.54            $.00         $
  UF    TRUE N DEP         $298.09          $180.00
  8N    INTEREST DED        $10.55            $8.00
  8X    LEASE SALES TAX      $.00           $145.94
  9N    PHY DAM LP YR    $1,538.72          $581.10

************************************************************
     ADVANCES TO BE DEDUCTED:
************************************************************

      TOTAL              TOTAL              TOTAL           TC
     EARNINGS        REIMBURSMENTS        DEDUCTIONS        IN
    $1,811.75           $.00             $2,164.88
************************************************************

                              D E F I C I T   B A L A N

**THIS DEFICIT BALANCE WILL**
**FROM YOUR NEXT PAYROLL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Y T D                CHECK#:
EARNINGS
$41,668.45

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*